GULF EXPORT AND TRANSPORTATION COMPANY, Respondent, v. PRODUITS METALLURGIQUES ANCIENS ETABLISSEMENTS MEIBOOM ET CIE., SOCIETE ANONYME

49

and Another, Appellants.— Order modified by granting defendants' motion so far as to vacate the order for examination of Pieter Reitsma in supplementary proceedings, and denying said motion in other respects, and as so modified affirmed, without costs, upon the ground that the service of an order to examine a party in supplementary proceedings, where the party is a corporation, must be made upon an officer thereof. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.